IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BIJU GEORGE,** | : | Civil No. 1:18-CV-00766 |
| **Plaintiff,** | : | |
| v. | : | |
| **PENNSYLVANIA TURNPIKE COMMISSION,** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED:**

(1) that Plaintiff Biju George's ("George") motion for reconsideration is **DENIED**;

(2) that by no later than March 13, 2020, (a) the parties shall meet and confer and agree to search terms and protocol for searching George's laptop and email accounts for information related to his efforts to mitigate damages, and (b) George shall deliver his laptop, and access to any email accounts that were used to apply to jobs, to Defendant Pennsylvania Turnpike Commission's ("PTC") discovery vendor;

(3) that PTC's discovery vendor shall preserve the laptop's contents by creating a mirror image if necessary and shall perform the agreed-upon search term analysis for documents related to George's efforts to mitigate damages;

(4) that any information returned by the search term analysis will first be produced to George's counsel for review by no later than March 20, 2020, and then produced to PTC (subject to any objections by George) by no later than April 3, 2020. Any information withheld by George must be identified in a privilege log;

1

(5) that PTC's request for sanctions is **DENIED;**

(6) that PTC's request to extend the fact discovery deadline is **GRANTED.** The deadline for completing fact discovery is March 9, 2020, except that the deadline for completing the aforementioned forensic examination, document product, and deposition of George is April 30, 2020. After March 9, 2020, no other fact discovery besides that specified herein is permitted by either party without leave of the court.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: March 2, 2020