IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BIJU GEORGE,** | : | **Civil No. 1:18-cv-00766** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **PENNSYLVANIA TURNPIKE COMMISSION,** | : | |
| | : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

### ORDER

In accordance with the accompanying memorandum **IT IS HEREBY ORDERED** that Defendant Pennsylvania Turnpike Commission's motion for summary judgment (Doc. 62) is **GRANTED** with respect to Plaintiff Biju George's claims for hostile work environment and retaliation under Title VII, the Pennsylvania Human Relations Act, 42 U.S.C. § 1981, and 42 U.S.C. § 1983, which are **DISMISSED** with prejudice, and **DENIED** with respect to George's claims for discrimination under the same statutes.


*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: March 31, 2021.