# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BIJU GEORGE, | : CIVIL ACTION NO. 1:18-CV-766 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| PENNSYLVANIA TURNPIKE COMMISSION, | : |
| Defendant | : |

## ORDER

AND NOW, this 21st day of April, 2022, upon consideration of plaintiff's *pro se* motion (Doc. 137) for an extension of time to file a notice of appeal pursuant to Federal Rule of Appellate Procedure 4(a)(5), and further upon consideration of the pending post-trial motions (Docs. 127, 129, 133), and the court observing that Federal Rule of Appellate Procedure 4(a)(4)(A) establishes that the time to file an appeal runs for all parties from the entry of the order disposing of the last remaining post-trial motion, see FED. R. APP. P. 4(a)(4)(A) it is hereby ORDERED that plaintiff's motion (Doc. 137) for an extension of time to file a notice of appeal is DENIED as moot and without prejudice.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania